NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LINDA S. SHENWICK,**
*Petitioner*

**v.**

**GENERAL SERVICES ADMINISTRATION,**
*Respondent*

---

2015-3047

---

Petition for review of the Merit Systems Protection Board in No. NY-1221-12-0096-W-2.

---

**JUDGMENT**

---

JAMES F. PETERSON, Judicial Watch, Washington, DC, argued for petitioner.

AMELIA LISTER-SOBOTKIN, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by ALLISON KIDD-MILLER, ROBERT E. KIRSCHMAN, JR., BENJAMIN C. MIZER; F. ALLEN PHAUP II, General Services Administration, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


   PER CURIAM (DYK, TARANTO, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 September 11, 2015                /s/ Daniel E. O'Toole
          Date                      Daniel E. O'Toole
                                    Clerk of Court